UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAM KLEIN,
    Plaintiff,

v.                                        3:19-cv-01056-SRU

CHRISTIAN ROSARIO,
CARL JOHNSON,
MARC ZUCCERELLA,
PAUL FERENCEK, and
AARON COTTO
    Defendants.

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motions to dismiss.

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling (doc. no. 51), on August 28, 2020, granting the defendants' motions, it is therefore;

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the defendants Christian Rosario, Carl Johnson, Marc Zuccerella and Paul Ferencek, against the plaintiff, and all claims against Aaron Cotto are dismissed. The case is dismissed in accordance with the ruling, and the case is closed.

Dated at Bridgeport, Connecticut, this 31st day of August 2020.

                                                        Robin D. Tabora, Clerk

                                                        By  /s/ Rochelle Jaiman
                                                               Deputy Clerk

Entered on Docket:  8/31/2020